IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
__NORTHERN__ DIVISION

RECEIVED
2024 JUL 29 P 1:04

Nathaniel Hayes

Plaintiff(s),

v.

Express Employment Recruiter Ms. Ginger, et. al.,

Defendant(s).

CIVIL ACTION NO. 2:24-CV-452-RAH-SMD

JURY DEMAND (MARK ONE)
☑ YES  ☐ NO

## COMPLAINT

1. Plaintiff(s)' address and telephone number: 2334-Blue Hill Rd., Hayneville, Al. 36040; (334) 544-7050

2. Name and address of defendant(s): Recruiter Ms. Ginger of Express Employment Professional, et. al., 5729 Carmichael Pkwy., Montgomery, Al. 36117.

3. Place of alleged violation of civil rights: Express Employment 5729 Carmichael Pkwy., Montgomery, Al. 36117.

4. Date of alleged violation of civil rights: March 6, 2024

5. State the facts on which you base your allegation that your constitutional rights have been violated: (1). Defendants denied, and violated plaintiff DUE PROCESS RIGHTS of Entitlement to Equal Pay under (EPA). (2). Defendants violated plaintiff's DUE PROCESS RIGHTS, by unlawfully terminating plaintiff, without affording "NOTICE" for an opportunity to be heard.

1

6. Relief requested: Compensatory Damages in the amount of $1,100,000; and/or any other Relief the Court deem just for the Pain and suffering of plaintiff's mental languish.

Date: July 24, 2024.

Nathaniel Hayes
Plaintiff(s) Signature

Nathaniel Hayes
2334-Blue Hill Rd.
Hayneville, Al. 36040

U.S. Middle District Cou
c/o Clerk
One-Church Street
Montgomery, Al. 36104

CERTIFIED MAIL
9589 0710 5270 0964 6323 13