IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| NATHANIEL HAYES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:24-cv-00452-RAH |
| | ) |
| MS. GINGER, Recruiter, Express Employment Professionals, | ) |
| | ) |
| Defendant. | ) |

## **ORDER**

On March 24, 2025, the Magistrate Judge filed a Recommendation (doc. 21) to which no timely objections have been filed. The Magistrate Judge recommends that Plaintiff's Motion for Summary Judgment (doc. 19) be denied and that his Amended Complaint (doc. 17) be dismissed without prejudice and without further opportunity to amend. Upon an independent review of the file and upon consideration of the Recommendation, it is

**ORDERED** as follows:

1. The Recommendation (doc. 21) is **ADOPTED**.
2. Plaintiff's Motion for Summary Judgment (doc. 19) is **DENIED**.
3. Plaintiff's Amended Complaint (doc. 17) is **DISMISSED without prejudice**.

DONE, on this the 23rd day of April 2025.

_____
R. AUSTIN HUFFAKER, JR.
UNITED STATES DISTRICT JUDGE